Attachment 4 - Motion to Proceed *in Forma Pauperis*

AO 240   (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

FILED

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

Michael Leon Ford

*Plaintiff*

v.

EbT Logistics Inc

*Defendant*

Civil Action No. **SA24CA0649 FB**

JUN 11 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at:    N/A                                                     .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.   I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*  If I am employed, my employer's name and address are:

My take-home pay or wages are:    -0-    per *(specify pay period)*    -0-    .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment           ☐ Yes     ☑ No
(b) Rent payments, interest, or dividends                    ☐ Yes     ☑ No
(c) Pension, annuity, or life insurance payments             ☐ Yes     ☑ No
(d) Disability, or worker's compensation payments            ☐ Yes     ☑ No
(e) Gifts, or inheritances                                   ☐ Yes     ☑ No
(f) Any other sources                                        ☐ Yes     ☑ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.
① Staff zone Temp very little work
② Hire Quest Temp. very little work
③ People Ready Temp very little work

Rev. Ed. October 26, 2017

33

AO 240   (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.   Amount of money that I have in cash or in a checking or savings account:

_-O-_ .

5.   Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: I have no money @ One main fin



World Fiance 1,400 Bal
Past Due 6 months  159.00 monthly   Tangetcard
CHI Bank Credit
Card 1,600  3 months pass  Post Due 353.00
due

$416.00 passe due
6 months Bal
11,000.00

7.   Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

– 0 – NA

8.   Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Speedy Cash , 800.00  Past due.
Security Fin , 700.00 , Past Due

*Declaration:*   I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: June 11, 2024                    Michaeldownfund

                                                                 *Applicant's signature*

**Rev. Ed. October 26, 2017**

34

Michael Leon Foad
_____
*Printed name*

Rev. Ed. October 26, 2017

35

**Attachment 5 – Application to Proceed *In Forma Pauperis* and Financial Affidavit in
Support (Austin Division ONLY)**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MichaelLeonFord §
§
V.                                        §    Case No. _____
§
Ebt Logistics Inc §
§

**APPLICATION TO PROCEED IN FORMA PAUPERIS
AND FINANCIAL AFFIDAVIT IN SUPPORT**

I, ___MichaelLeonFord___
declare that I am the Applicant in the above-entitled proceeding.    I am requesting permission to
proceed without being required to prepay fees, costs, or give security therefor. In support of my
application, I state that because of my poverty, I am unable to pay the costs of said proceeding or
give security therefor and I believe I am entitled to relief. The nature of my action is briefly stated
as follows:

Discrimination, Fired, Federal & State Law Eld Forcing
me to drive Conasion.

In further support of this application, I answer the following questions:

**Applicant's Name:** ___Michael LeonFord___

**Applicant's Home Address:** ___1 Haven for Hope Way, San Antonio
Texas, 78207___

**Questions Regarding Ability to Pay**

**Employment:**

Are you now employed?   Yes ☐      No ☑ /Am Self Employed ☐

If yes, how much do you earn per month?    $ ___–0–___

If no, give month and year of last employment: ___2024___

How much did you earn per month?   $ ___Low wage employer didnt pay me.___

36

**Rev. Ed. October 26, 2017**

Name and Address of current or prior employer: _____

_____

If married, state Spouse's name: _____ *NA* _____

Is your Spouse employed?    Yes ☐  No ☐  *NA*

If working, how much does your spouse earn?    $ _____ *N/A* _____

Do you receive any funds from relatives or for child support?   If so, how much per month do you

receive?  $ _____ *N|A* _____

**Other Income**:

Have you received within the past 12 months any income from a business, profession or other form

of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity

payments (such as Social Security benefits), or other sources, including government benefits (such

as A.F.D.C. or Social Security disability benefits)?    Yes ☐    No ☑

If yes, give the amount and identify the sources:

| Received | Sources |
|---|---|
| $ *$291.00* | *Food Stamps Temp until i get a Job.* |
| $ | |
| $ | |
| $ | |

Rev. Ed. October 26, 2017

**Cash**:

Have you any cash on hand or money in savings or checking accounts?    Yes ☐  No ☑

If yes, state total amount:  $ _____ N|A _____

If neither you nor your spouse receive income of any kind, how are you able to pay for food and

shelter? _____ Haven for Hope, shelter I have never

_____ been to a shelter

**Property**: in my life company

wrongfully fined me and no

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property payed

check.

(excluding ordinary household furnishings and clothing)?    Yes ☐No ☑

If yes, give value and describe it and say in whose name the property is registered.

| Value | Description |
|-------|-------------|
| $ —0— | —0— |
| $ —0— | —0— |
| $ —0— | —0— |
| $ —0— | —0— |

**Family Status and Dependents**:

Marital Status:    Single ☑ Married ☐    Widowed ☐    Separated ☐  or  Divorced ☐

Total Number of Dependents: —0—

Are any of your dependents employed?   If so, where: —0—

_____

How much do your dependent(s) earn monthly?    $ —0—

Rev. Ed. October 26, 2017

38

List persons you actually support, your relationship to them:

N/A

Do you pay alimony or child support or any other court-ordered payments?    Yes ☐    No ☑

If yes, list how much and describe:

N/A

## Monthly Debts of Applicant and/or Dependents

| Type of Debt    Loan | Name of Creditor Total Debt Payment |
|---|---|
| One main Fin Laredo, Texas | est $ 11,000.00  $ 416.00 Payment |
| World Fin Laredo, Texas | est 1,400.00  $ 159.00 Payment |
| Security Fin Laredo, Texas | est $ ___ 700.00  $ 159.00 monthly |
| Speedy cash Laredo, Texas | est $ ___ 800.00  $ 180.00 Payment  $ ___ |

## Monthly Expenses of Applicant and/or Dependents

Rent or House Payment:    $ —0—

Electric & Water Bills:    $ —0—

Gas:    $ —0—

Phone:    $ 25.25 / Boost mobk

Insurance:    $ —0—

For what purpose: ___

Rev. Ed. October 26, 2017

39

Prescriptions:                              $ _____ —0— _____

    For what purpose: _____

Transportation/Car Payments:                $ _____ —0— _____

    For what purpose: _____

Medical Bills:                              $ _____ —0— _____

    For what purpose: _____

Legal Bills:                                $ _____ —0— _____

    For what purpose: _____

Loans:                              Est $ −15,000.00

    For what purpose: _____

Miscellaneous:                              $ _____ —0— _____

    For what purpose: _____


Is there any more information the Court should consider in making its determination?

Am doing my Job correct but the trucking company fires me because i will not drive illegal.

**Rev. Ed. October 26, 2017**

## AFFIDAVIT OF APPLICANT

I declare under penalty of perjury the above answers and statements to be true and correct to the best of my knowledge. I understand that this affidavit will become an official part of the United States District Court files and that any false or dishonest answer or statements knowingly made by me in this Financial Affidavit are illegal and may subject me to criminal penalties, including any applicable fines or imprisonment, or both.

Signature: _michaelLamford_

Printed Name: _michaelLeonford_

Date: _June 11, 2024_

**Rev. Ed. October 26, 2017**

41